**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COLLEEN M. ESSAOUAB,**

        **Plaintiff,**

**-vs-**                                                      **Case No.  6:05-cv-886-Orl-22JGG**

**REEDY CREEK IMPROVEMENT DISTRICT,**

        **Defendant.**

_____

**ORDER**

This cause is before the Court on Defendant Reedy Creek Improvement District's Motion to Stay Proceedings and to Compel Arbitration (Doc. No. 11) filed on July 25, 2005.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed October 18, 2005 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Defendant Reedy Creek Improvement District's Motion to Stay Proceedings and to Compel Arbitration (Doc. No. 11) is **GRANTED**.  This case is stayed pending the outcome of the arbitrator's decision.

3. Defendant is directed to file and serve, on or before February 1, 2006, and every three months thereafter a status report regarding the arbitration proceedings.

4. The Clerk is directed to administratively close this case. The file and docket sheet in this case shall remain in the active files of the Orlando Division of this Court.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party